

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment | Civil Action No. 22cv01459-MMA-VET |
| **Plaintiff,** | |
| V. | |
| Amazon.com, Inc.; Does 1-10 | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Defendant's motion to dismiss in its entirety.

Date:     5/23/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Santiago
                                                A. Santiago, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 22cv01459-MMA-VET

Plaintiffs:
Luciano Alexandre, on behalf of themselves, and all others similarly situated; Christine Louise Johnson, on behalf of themselves, and all others similarly situated; Eric Nelson, on behalf of themselves, and all others similarly situated; Nam Be, on behalf of themselves, and all others similarly situated